# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| See attached. *Plaintiff* v. See attached. *Defendant* | Civil Action No. 3:22-cv-00129-JWS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KIM GUAY, Director, Office of Children's Services
323 E. 4th Avenue
Anchorage, AK 99501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marcia Robinson Lowry (pro hac vice pending)
A BETTER CHILDHOOD
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                  *Signature of Clerk or Deputy Clerk*

**Plaintiffs:**

JEREMIAH M., HANNAH M., and HUNTER M. by their next friend Lisa Nicolai; MARY B. and CONNOR B. by their next friend Charles Ketcham; DAVID V., GEORGE V., LAWRENCE V., KAREN V., and DAMIEN V. by their next friend Michelle Caldwell; and RACHEL T., ELEANOR T., and GAYLE T. by their next friend Rebecca Fahnestock, individually and on behalf of all other similarly situated

**Defendants:**

ADAM CRUM, Director, Alaska Department of Health and Social Services, in his official capacity; KIM GUAY, Director, Office of Children's Services, in her official capacity; ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES; and ALASKA OFFICE OF CHILDREN'S SERVICES