TREG R. TAYLOR
ATTORNEY GENERAL

Jeffrey G. Pickett (Alaska Bar No. 9906022)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Facsimile: (907) 276-3697
Email: jeff.pickett@alaska.gov

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jeremiah M., Hannah M. and Hunter M. by their next friend Lisa Nicolai; Mary B. and Connor B. by their next friend Charles Ketcham; David V., George V., Lawrence V., Karen V., and Damien V. by their next friend Michelle Caldwell; and Rachel T., Eleanor T. and Gayle T. by their next friend Rebecca Fahnestock, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ADAM CRUM, Director, Alaska Department of Health and Social Services, in his official capacity; KIM GUAY, Director, Office of Children's Services, in her official capacity; ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES; and ALASKA OFFICE OF CHILDREN'S SERVICES,<br><br>　　　　　Defendants. | Case No.: 3:22-cv-00129-JMK<br><br>**DECLARATION OF COUNSEL** |

Chris Robison swears and affirms as follows:

1. I am an Assistant Attorney General with the Alaska Department of Law. I am one of the attorneys representing Defendants in the above-captioned matter.

2. Upon information and belief, Plaintiffs caused a summons and one-page listing of the parties to the case to be delivered to the offices of Defendants Crum and Guay, as well as to the Alaska Department of Law, on or about May 25, 2022. The deliveries did not include a copy of the complaint.

3. To date, Plaintiffs have not served the complaint on any Defendants.

4. After discovering that the complaint had not been included with the delivery of the summons, I reached out to Plaintiffs' counsel on June 9 to bring the defect in service to Plaintiffs' attention. I did this in an attempt to avoid unnecessary motion practice related to defective service.

5. During the June 9 call, I also requested additional time, after service was properly effected, to answer the complaint or move to dismiss it.

6. During a June 15, 2022 call, Plaintiffs' counsel confirmed with me that Plaintiffs had failed to serve a copy of the complaint. Plaintiffs' counsel also stated Plaintiffs would agree to Defendants' request for additional time to respond to the complaint, provided Defendants agree to produce the "OCS records" for each of the Plaintiffs so the parties could begin work on a discovery plan.

7. My understanding is that the production of OCS records for each plaintiff requires a sequence of internal approvals, careful review (and potentially, redaction), adherence to confidentiality and privilege protections, and multiple protective

orders issued by different courts. Because of this, Defendants were not in a position to make the commitment sought by Plaintiffs in exchange for their agreement to Defendants' request for an extension of time.

8. For the reasons set forth in Defendants' motion, good cause exists to grant the motion for an extension of time to respond to the complaint.

9. One of the Defendants in the case, the Alaska Department of Health and Social Services ("DHSS"), was recently split into two separate departments – the Department of Health and the Alaska Department of Family and Community Services. That transition is underway and has complicated counsel's efforts to interact with client representatives.

10. I have both ongoing and upcoming obligations in other cases, including multiple depositions in a case challenging the constitutionality of a state statute, in addition to a hearing in Federal court in the lower-48.

11. Defendants are requesting a 45 day extension to the deadline to respond to the Plaintiffs' complaint. This request reflects counsel's belief in the amount of time it will take to research and brief a motion to dismiss or to research and answer each allegation in the complaint.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**Dated: June 17, 2022.**

/s/ Chris A. Robison
Chris A. Robison
Assistant Attorney General
Alaska Department of Law