Marcia Robinson Lowry (*pro hac vice pending*)
mlowry@abetterchildhood.org
Julia K. Tebor (*pro hac vice pending*)
jtebor@abetterchildhood.org
Jonathan G. Borle (*pro hac vice pending*)
jborle@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

Danielle M. Ryman, AK Bar No. 9911071
dryman@perkinscoie.com
Elena M. Romerdahl, AK Bar No. 1509072
eromerdahl@perkinscoie.com
Michael O'Brien, AK Bar No. 0311084
mobrien@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108

James J. Davis, Jr., AK Bar No. 9412140
jdavis@njp-law.com
Nicholas Feronti, AK Bar No. 2106069
nferonti@njp-law.com
Savannah V. Fletcher, AK Bar No. 1811127
sfletcher@njp-law.com
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Telephone: (907) 308-3395
facsimile: (866) 813-8645

Declaration of Danielle Ryman  Page 1 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
157302275.1

Case 3:22-cv-00129-JMK   Document 13   Filed 06/24/22   Page 1 of 5

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
Patrick D. Stocks, AK Bar No. 1505032
pstocks@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jeremiah M., Hannah M. and Hunter M. by their next friend Lisa Nicolai; Mary B. and Connor B. by their next friend Charles Ketcham; David V., George V., Lawrence V., Karen V., and Damien V. by their next friend Michelle Caldwell; and Rachel T., Eleanor T. and Gayle T. by their next friend Rebecca Fahnestock, individually and on behalf of all other similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>ADAM CRUM, Director, Alaska Department of Health and Social Services, in his official capacity; KIM GUAY, Director, Office of Children's Services, in her official capacity; ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES; and ALASKA OFFICE OF CHILDREN'S SERVICES,<br><br>                  Defendants. | Case No. 3:22-cv-00129-JMK<br><br>**DECLARATION OF DANIELLE RYMAN IN SUPPORT OF UNOPPOSED MOTION TO CORRECT RECORD REGARDING MOTION TO EXPEDITE CONSIDERATION OF MOTION FOR EXTENSION OF TIME [DKT. 9]** |

Declaration of Danielle Ryman                                                         Page 2 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
157302275.1

Case 3:22-cv-00129-JMK    Document 13    Filed 06/24/22    Page 2 of 5

# DECLARATION OF DANIELLE RYMAN

I, Danielle Ryman, certify and declare as follows.

1. I am a member of the Alaska Bar Association and am admitted to practice in this Court. I am over the age of 18 and competent to testify to the matters stated in this declaration.

2. I am lead counsel for the Plaintiffs, in this case along with counsel from A Better Childhood ("ABC"), the Northern Justice Project ("NJP"), and Disability Law Center ("DLC").

3. On June 10, 2022, Chris Robison, counsel for Defendants, telephoned me to discuss service of process and asked for an extension of time for Defendants to respond to the Complaint. We briefly discussed the potential time frame for a response and Mr. Robison proposed a deadline based on our schedules. During this call we also discussed service on the Defendants. In regard to the extension, I responded that an extension would be fine, but that I first wanted to check on the status of service and explained that would I need to discuss the request with my co-counsel. Mr. Robison and I agreed that we would have another conversation in the next few days about service and the deadline to respond to the Complaint.

4. On June 15, 2022, Mr. Robison and I had another telephone call about this case where we, again, discussed a deadline to respond to the complaint and service of process on the Defendants. During that call, I stated that I wanted to add another item to

Declaration of Danielle Ryman  Page 3 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
157302275.1

Case 3:22-cv-00129-JMK   Document 13   Filed 06/24/22   Page 3 of 5

our discussion and asked if the State of Alaska would agree to provide OCS records for the named Plaintiffs in advance of discovery. Due to a genuine good faith misunderstanding, Mr. Robison mistook my request as a condition for an agreement to extend the deadline to respond to the Complaint. Defendants subsequently filed an Expedited Motion reflecting our conversation as such.

5. On June 21, 2022, I, along with my co-counsel from ABC, Jonathan Borle, conferred with Mr. Robison over telephone to clear things up. We agreed on a date by which Defendants would file a response to the Complaint, a date by which service of process would be made, and we agreed to confer the following month about the production of Plaintiffs' files. Mr. Robison agreed to withdraw Defendants' pending Motion and we agreed to an unopposed motion addressing the agreed upon deadlines for Defendants response and service of process.

6. Defense counsel has reviewed the unopposed motion and has agreed to its filing with the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed, this the 24th day of June 2022 in Anchorage, Alaska.

/s/ Danielle Ryman
Danielle Ryman

Declaration of Danielle Ryman  Page 4 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
157302275.1

Case 3:22-cv-00129-JMK   Document 13   Filed 06/24/22   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:22-cv-00129-JMK who are registered CM/ECF users will be served by the CM/ECF system.

s/ Danielle M. Ryman

Declaration of Danielle Ryman Page 5 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
157302275.1

Case 3:22-cv-00129-JMK   Document 13   Filed 06/24/22   Page 5 of 5