IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEREMIAH M., HANNAH M. and HUNTER M. by their next friend Lisa Nicolai; MARY B. and CONNOR B. by their next friend Charles Ketcham; DAVID V., GEORGE V., LAWRENCE V., KAREN V., and DAMIEN V. by their next friend Michelle Caldwell; and RACHEL T., ELEANOR T. and GAYLE T. by their next friend Rebecca Fahnestock, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>ADAM CRUM, Director, Alaska Department of Health and Social Services, in his official capacity; KIM GUAY, Director, Office of Children's Services, in her official capacity; ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES; and ALASKA OFFICE OF CHILDREN'S SERVICES,<br><br>    Defendant. | Case No. 3:22-cv-00129-JMK<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CORRECT RECORD** |

   Before the Court at Docket 12 is Plaintiffs' Unopposed Motion to Correct

the Record (the "Motion"). In their Motion, Plaintiffs clarify that they did not intend to

condition an agreement to extend Defendants' deadline to respond to the Complaint on the receipt of records from the Office of Children's Services.[1] The Court appreciates the Parties working cooperatively to clear up this confusion and accepts that it was given an incorrect impression of Plaintiffs' position regarding Defendants' Motion for an Extension (Docket 9-2) due to a miscommunication between the Parties.

Accordingly, the Court having considered the Motion, IT IS HEREBY ORDERED that the Court shall take notice of the supplemental presentation of facts as reflected in the Motion. No further action of the Parties or the Court is required. The Parties shall proceed as stated in the Court's Order Granting Defendants' Motion to Expedite at Docket 10.

IT IS SO ORDERED this 28th day of June, 2022, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

---

[1] Docket 12 at 3.

*Jeremiah M., et al v. Crum, et al.*     Case No. 3:22-cv-00129-JMK
Order Granting Unopposed Motion to Correct Record     Page 2
Case 3:22-cv-00129-JMK    Document 15    Filed 06/28/22    Page 2 of 2