Marcia Robinson Lowry (*admitted pro hac vice*)
mlowry@abetterchildhood.org
Julia K. Tebor (*admitted pro hac vice*)
jtebor@abetterchildhood.org
Jonathan G. Borle (*admitted pro hac vice* )
jborle@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

Danielle M. Ryman, AK Bar No. 9911071
dryman@perkinscoie.com
Elena M. Romerdahl, AK Bar No. 1509072
eromerdahl@perkinscoie.com
Michael O'Brien, AK Bar No. 0311084
mobrien@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108

James J. Davis, Jr., AK Bar No. 9412140
jdavis@njp-law.com
Nicholas Feronti, AK Bar No. 2106069
nferonti@njp-law.com
Savannah V. Fletcher, AK Bar No. 1811127
sfletcher@njp-law.com
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Telephone: (907) 308-3395
Facsimile: (866) 813-8645

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
Patrick D. Stocks, AK Bar No. 1505032
pstocks@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Jeremiah M., Hannah M. and Hunter M. by their next friend Lisa Nicolai; Mary B. and Connor B. by their next friend Charles Ketcham; David V., George V., Lawrence V., Karen V., and Damien V. by their next friend Merle A. Maxson; Rachel T., Eleanor T. and Gayle T. by their next friend Rebecca Fahnestock, and Lana H. by her next friend Melissa Skarbek, individually and on behalf of all other similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ADAM CRUM, Director, Alaska Department of Health and Social Services, in his official capacity; KIM GUAY, Director, Office of Children's Services, in her official capacity; ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES; and ALASKA OFFICE OF CHILDREN'S SERVICES,<br><br>Defendants. | Case No. 3:22-cv-00129-JMK<br><br>**UNOPPOSED REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE OF PLEADINGS AND ORDERS FROM THE NAMED PLAINTIFFS' CINA CASES (ECF No. 21)** |

UNOPPOSED REQUEST FOR ORAL ARGUMENT
Page 2 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
158420514.1

Case 3:22-cv-00129-JMK   Document 35   Filed 10/12/22   Page 2 of 5

# REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(f), Plaintiffs, by and through their undersigned counsel, request oral argument on Defendants' Motion to Take Judicial Notice of Pleadings and Orders from the Named Plaintiffs' CINA Cases. *See* ECF No. 21. The parties are also actively briefing Defendants' Motion to Dismiss, and Plaintiffs have requested oral argument on that motion as well. *See* ECF Nos. 23, 30. Given the overlap between the two motions, Plaintiffs request that a hearing be scheduled for both motions at the same time.

Respectfully Submitted,

Dated: October 12, 2022

/s/ *Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Julia K. Tebor (*pro hac vice*)
jtebor@abetterchildhood.org
Jonathan G. Borle (*pro hac vice*)
jborle@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

Danielle M. Ryman, AK Bar No. 9911071
dryman@perkinscoie.com
Elena M. Romerdahl, AK Bar No. 1509072
eromerdahl@perkinscoie.com
Michael O'Brien, AK Bar No. 0311084
mobrien@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300

UNOPPOSED REQUEST FOR ORAL ARGUMENT
Page 3 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
158420514.1

Case 3:22-cv-00129-JMK   Document 35   Filed 10/12/22   Page 3 of 5

Anchorage, AK 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108

James J. Davis, Jr., AK Bar No. 9412140
jdavis@njp-law.com
Nicholas Feronti, AK Bar No. 2106069
nferonti@njp-law.com
Savannah V. Fletcher, AK Bar No. 1811127
sfletcher@njp-law.com
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Telephone: (907) 308-3395
Facsimile: (866) 813-8645

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
Patrick D. Stocks, AK Bar No. 1505032
pstocks@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000

*Attorneys for Plaintiffs*

UNOPPOSED REQUEST FOR ORAL ARGUMENT
Page 4 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
158420514.1

Case 3:22-cv-00129-JMK   Document 35   Filed 10/12/22   Page 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:22-cv-00129-JMK who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Marcia Robinson Lowry*

UNOPPOSED REQUEST FOR ORAL ARGUMENT
Page 5 of 5
*Jeremiah M., et al. v. Adam Crum, et al.*
Case No. 3:22-cv-00129-JMK
158420514.1

Case 3:22-cv-00129-JMK   Document 35   Filed 10/12/22   Page 5 of 5