IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEREMIAH M., HANNAH M. and HUNTER M. by their next friend Lisa Nicolai, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM CRUM, Director, Alaska Department of Health and Social Services, in his official capacity; *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00129-JMK<br><br>**ORDER ALLOWING WITHDRAWAL OF ATTORNEY** |

Disability Law Center of Alaska having request to withdraw Patrick stocks as counsel, and the motion being unopposed,

IT IS HEREBY ORDERED that Mr. Stocks is withdrawn as counsel.

IT IS SO ORDERED this 14th day of February, 2023, at Anchorage, Alaska.

                                                      */s/ Joshua M. Kindred*
                                                      JOSHUA M. KINDRED
                                                    United States District Judge