Marcia Robinson Lowry (admitted *pro hac vice*)
mlowry@abetterchildhood.org
Julia K. Tebor (admitted *pro hac vice*)
jtebor@abetterchildhood.org
Jonathan G. Borle (admitted *pro hac vice*)
jborle@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

Elena M. Romerdahl, AK Bar No. 1509072
eromerdahl@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108

James J. Davis, Jr., AK Bar No. 9412140
jdavis@njp-law.com
Nicholas Feronti, AK Bar No. 2106069
nferonti@njp-law.com
Savannah V. Fletcher, AK Bar No. 1811127
sfletcher@njp-law.com
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Telephone: (907) 308-3395
Facsimile: (866) 813-8645

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jeremiah M., Hannah M. and Hunter M. by their next friend Lisa Nicolai; Mary B. and Connor B. by their next friend Charles Ketcham; David V., George V., Lawrence V., Karen V., and Damien V. by their next friend Merle A. Maxson; Rachel T., Eleanor T. and Gayle T. by their next friend Rebecca Fahnestock, and Lana H. by her next friend Melissa Skarbek, individually and on behalf of all other similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ADAM CRUM, Director, Alaska Department of Health and Social Services, in his official capacity; KIM GUAY, Director, Office of Children's Services, in her official capacity; ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES; and ALASKA OFFICE OF CHILDREN'S SERVICES,<br><br>Defendants. | Case No. 3:22-cv-00129-JMK |

*Jeremiah M., et al. v. Adam Crum, et al.*            Case No. 3:22-cv-00129-JMK
Plaintiffs' Response to Defendants' Notice of Supplemental Authority
Case 3:22-cv-00129-JMK   Document 54   Filed 09/26/23   Page 2 of 5

# PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

On September 22, 2023, Defendants filed a notice of supplemental authority citing a recent decision by the Fifth Circuit. *See* Dkt. 53. In *United States v. Mississippi*, 2023 U.S. App. LEXIS 24954 (5th Cir. Sept. 20, 2023), the Fifth Circuit became the first and only circuit to reject the longstanding "risk of institutionalization" theory of liability under the Americans with Disabilities Act (the "ADA"). *See* Dkt. 53-1 at 8-9, 16-17 (noting that the Second, Fourth, Sixth, Seventh, Ninth, and Tenth circuits have adopted the "at risk" theory). Against this backdrop, *United States v. Mississippi* carries very little persuasive value. Moreover, it is not binding precedent in this Circuit. Indeed, as Defendants' authority concedes, plaintiffs in the Ninth Circuit "need only show that the challenged state action creates a serious risk of institutionalization."[1] *M.R. v. Dreyfus*, 697 F.3d 706, 734 (9th Cir. 2012); Dkt. 53 at 2 n.3.

More important, until and unless the Supreme Court or the *en banc* Ninth Circuit says otherwise, *M.R. v. Dreyfus* remains binding on this Court. The Court should summarily reject Defendants' attempt to shift the theory of liability under the ADA based on a non-binding holding in another circuit.

Dated: September 26, 2023          Respectfully submitted,

/s/ *Marcia Robinson Lowry*

---

[1] Importantly, Defendants did not make this argument in connection with their Motion to Dismiss and, in fact, appeared to agree with the "at risk" theory in their Reply, stating that "Plaintiffs mischaracterize Defendants' argument—as does the Department of Justice (DOJ), in its Statement of Interest—to say that 'risk of future institutionalization' does not violate the ADA. But that is not Defendants' argument." ECF No. 38 at 29. Procedurally, the Court should not allow Defendants to raise this issue now.

*Jeremiah M., et al. v. Adam Crum, et al.*          Case No. 3:22-cv-00129-JMK
Plaintiffs' Response to Defendants' Notice of Supplemental Authority          Page 1 of 4
Case 3:22-cv-00129-JMK    Document 54    Filed 09/26/23    Page 3 of 5

Marcia Robinson Lowry (admitted *pro hac vice*)
mlowry@abetterchildhood.org
Julia K. Tebor (admitted *pro hac vice*)
jtebor@abetterchildhood.org
Jonathan G. Borle (admitted *pro hac vice*)
jborle@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

Elena M. Romerdahl, AK Bar No. 1509072
eromerdahl@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108

James J. Davis, Jr., AK Bar No. 9412140
jdavis@njp-law.com
Nicholas Feronti, AK Bar No. 2106069
nferonti@njp-law.com
Savannah V. Fletcher, AK Bar No. 1811127
sfletcher@njp-law.com
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Telephone: (907) 308-3395
Facsimile: (866) 813-8645

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000

*Attorneys for Plaintiffs*

*Jeremiah M., et al. v. Adam Crum, et al.*     Case No. 3:22-cv-00129-JMK
Plaintiffs' Response to Defendants' Notice of Supplemental Authority     Page 2 of 4
Case 3:22-cv-00129-JMK    Document 54    Filed 09/26/23    Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:22-cv-00129-JMK who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Marcia Robinson Lowry*

## WORD COUNT

I hereby certify that, Pursuant to L. Civ. R. 7.1(d)(1), this Notice, excluding the case caption and signature block, contains 278 words.

/s/ *Marcia Robinson Lowry*

*Jeremiah M., et al. v. Adam Crum, et al.*     Case No. 3:22-cv-00129-JMK
Plaintiffs' Response to Defendants' Notice of Supplemental Authority     Page 3 of 4
Case 3:22-cv-00129-JMK   Document 54   Filed 09/26/23   Page 5 of 5