Marcia Robinson Lowry (admitted *pro hac vice*)
mlowry@abetterchildhood.org
Julia K. Tebor (admitted *pro hac vice*)
jtebor@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Facsimile: (212) 692-0415

Elena M. Romerdahl, AK Bar No. 1509072
eromerdahl@perkinscoie.com
Hannah Paton, AK Bar No. 2309095
hpaton@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108

James J. Davis, Jr., AK Bar No. 9412140
jdavis@njp-law.com
Nicholas Feronti, AK Bar No. 2106069
nferonti@njp-law.com
Savannah V. Fletcher, AK Bar No. 1811127
sfletcher@njp-law.com
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Telephone: (907) 308-3395
Facsimile: (866) 813-8645

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000

*Attorneys for Plaintiffs*

DECLARATION OF MARCIA ROBINSON LOWRY IN SUPPORT OF     Page 1 of 4
PLAINTIFFS' MOTION AND MEMORANDUM TO COMPEL PRODUCTION
*Jeremiah M., et al. v. Kim Kovol, et al.*
Case No. 3:22-cv-00129-JMK

| | |
|---|---|
| Jeremiah M., Hannah M. and Hunter M. by their next friend Lisa Nicolai; Mary B. and Connor B. by their next friend Charles Ketcham; David V., George V., Lawrence V., Karen V., and Damien V. by their next friend Merle A. Maxson; Rachel T., Eleanor T. and Gayle T. by their next friend Rebecca Fahnestock, and Lana H. by her next friend Melissa Skarbek, individually and on behalf of all other similarly situated<br><br>     Plaintiffs,<br><br> v.<br><br>KIM KOVOL, Director, Alaska Department of Family and Community Services, in her official capacity; KIM GUAY, Director, Office of Children's Services, in her official capacity; ALASKA DEPARTMENT OF FAMILY AND COMMMUNITY SERVICES; and ALASKA OFFICE OF CHILDREN'S SERVICES,<br><br>     Defendants. | Case No. 3:22-cv-00129-JMK |

## DECLARATION OF MARCIA ROBINSON LOWRY IN SUPPORT OF PLAINTIFFS' MOTION AND MEMORANDUM TO COMPEL PRODUCTION

I, Marcia Robinson Lowry, declare:

  1.  I am counsel for Plaintiffs in the above-captioned action and submit this

Declaration in support of Plaintiffs' Motion and Memorandum to Compel Production.

DECLARATION OF MARCIA ROBINSON LOWRY IN SUPPORT OF   Page 2 of 4
PLAINTIFFS' MOTION AND MEMORANDUM TO COMPEL PRODUCTION
*Jeremiah M., et al. v. Kim Kovol, et al.*
Case No. 3:22-cv-00129-JMK

Case 3:22-cv-00129-JMK   Document 82-1   Filed 05/09/24   Page 2 of 4

2. Exhibit 1 is a true and accurate copy of Plaintiffs' First Request for Production dated January 26, 2024.

3. Exhibit 2 is a true and accurate excerpt of Defendants' Response to Plaintiffs' First Request for Production dated February 26, 2024 related to Request for Production No. 41.

4. Exhibit 3 is a true and accurate copy of email correspondence between counsel regarding discovery.

5. Exhibit 4 is a true and accurate copy of the 2017 Alaska Child and Family Services Review.

6. Exhibit 5 is a true and accurate copy of the 2023 Alaska Annual Progress and Services Report.

7. Exhibit 6 is a true and accurate copy of the 2020-2024 Alaska Child and Family Services Plan.

8. Exhibit 7 is a true and accurate copy of the Child and Family Services Review, Quality Assurance Review, Anchorage Field Office dated November 2023.

9. Exhibit 8 is a true and accurate copy of the Child and Family Services Review, Quality Assurance Review, Fairbanks Field Office dated December 2023.

10. Exhibit 9 is a true and accurate copy of the Child and Family Services Review, Quality Assurance Review, Juneau Field Office dated November 2023.

11. On March 15, 2024, Defendants produced to Plaintiffs a spreadsheet

DECLARATION OF MARCIA ROBINSON LOWRY IN SUPPORT OF Page 3 of 4
PLAINTIFFS' MOTION AND MEMORANDUM TO COMPEL PRODUCTION
*Jeremiah M., et al. v. Kim Kovol, et al.*
Case No. 3:22-cv-00129-JMK

Case 3:22-cv-00129-JMK   Document 82-1   Filed 05/09/24   Page 3 of 4

containing certain data, but which did not contain information on the timing of petitions to terminate parental rights.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

Executed on May 8, 2024.

*Marcia Lowry*
Marcia Robinson Lowry

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:22-cv-00129-JMK who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Marcia Robinson Lowry*

DECLARATION OF MARCIA ROBINSON LOWRY IN SUPPORT OF PLAINTIFFS' MOTION AND MEMORANDUM TO COMPEL PRODUCTION
*Jeremiah M., et al. v. Kim Kovol, et al.*
Case No. 3:22-cv-00129-JMK

Page 4 of 4

Case 3:22-cv-00129-JMK   Document 82-1   Filed 05/09/24   Page 4 of 4