Marcia Robinson Lowry (admitted *pro hac vice*)
mlowry@abetterchildhood.org
Julia K. Tebor (admitted *pro hac vice*)
jtebor@abetterchildhood.org
Anastasia Benedetto (*pro hac vice* pending)
abenedetto@abetterchildhood.org
David Baloche (*pro hac vice* pending)
dbaloche@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456

Elena M. Romerdahl, AK Bar No. 1509072
eromerdahl@perkinscoie.com
Hannah Paton, AK Bar No. 2309095
hpaton@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Telephone: (907) 279-8561

James J. Davis, Jr., AK Bar No. 9412140
jdavis@njp-law.com
Nicholas Feronti, AK Bar No. 2106069
nferonti@njp-law.com
Savannah V. Fletcher, AK Bar No. 1811127
sfletcher@njp-law.com
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Telephone: (907) 308-3395

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002

*Attorneys for Plaintiffs*

Decl. of Marcia Lowry in Support of Pls.' Mot. to Expedite Motion for Modification of Scheduling Order
*Jeremiah M. et al. v. Kim Kovol et al.*; No. 3:22-cv-00129-SLG  Page **1** of **5**
Case 3:22-cv-00129-SLG    Document 115    Filed 10/23/24    Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jeremiah M., Hannah M. and Hunter M. by their next friend Lisa Nicolai; Mary B. and Connor B. by their next friend Charles Ketcham; David V., George V., Lawrence V., Karen V., and Damien V. by their next friend Merle A. Maxson; Rachel T., Eleanor T. and Gayle T. by their next friend Rebecca Fahnestock, and Lana H. by her next friend Melissa Skarbek, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KIM KOVOL, Director, Alaska Department of Family and Community Services, in her official capacity; KIM GUAY, Director, Office of Children's Services, in her official capacity; ALASKA DEPARTMENT OF FAMILY AND COMMUNITY SERVICES; and ALASKA OFFICE OF CHILDREN'S SERVICES, <br><br> Defendants. | Case No. 3:22-cv-00129-SLG |

## DECLARATION OF MARCIA LOWRY IN SUPPORT OF PLAINTIFFS' MOTION TO EXPEDITE

I, Marcia Robinson Lowry, under the penalty of perjury, declare:

1. I am counsel for Plaintiffs in the above-captioned action and submit this Declaration in support of Plaintiffs' Motion to Expedite in accordance with Local Rule 7.3(a).

Decl. of Marcia Lowry in Support of Pls.' Mot. to Expedite Motion for Modification of Scheduling Order
*Jeremiah M. et al. v. Kim Kovol et al.*; No. 3:22-cv-00129-SLG  Page **2** of **5**
Case 3:22-cv-00129-SLG   Document 115   Filed 10/23/24   Page 2 of 5

2. The parties have conferred extensively on amendments to the case schedule, including most recently on Friday, October 18, 2024.

3. On August 29, 2024, Defendants produced 59,800 documents and represented going forward they would make only one "substantial" production, but otherwise would produce partially privileged documents or documents that had technical issues.

4. Consistent with Defendants' representation, Defendants produced 34,186 documents on September 3, 2024. Plaintiffs understood this to be the "substantial" production referred to in Defendants' August 29, 2024 email.

6. Defendants produced 151 and 12 documents on September 18, 2024, and September 19, 2024, respectively. Again, Plaintiffs understood these productions to be part of the partially privileged and technical issue documents that Defendants indicated would be produced following August 29, 2024.

7. On September 20, 2024, the parties submitted respective proposed modified case schedules. Plaintiffs' proposed modified case schedule assumed, consistent with Defendants' representations, that Defendants had no further "substantial" productions to make.

8. Following the Court's September 27, 2024 Scheduling Order (ECF No. 106), Defendants made the following productions:

- 19,621 documents on September 27, 2024;
- 15,939 documents on October 1, 2024;

Decl. of Marcia Lowry in Support of Pls.' Mot. to Expedite Motion for Modification of Scheduling Order
*Jeremiah M. et al. v. Kim Kovol et al.*; No. 3:22-cv-00129-SLG                                                Page **3** of **5**

Case 3:22-cv-00129-SLG     Document 115     Filed 10/23/24     Page 3 of 5

- 15,397 documents on October 4, 2024; and

- 70,902 documents between October 15 and October 17, 2024.

9. On October 18, 2024, Plaintiffs' counsel and Defendants' counsel met and conferred over a variety of discovery issues. Plaintiffs' counsel raised concerns about Defendants' recent voluminous productions and requested Defendants stipulate to a modified case schedule to allow Plaintiffs time to review the unanticipated productions. Defendants declined to do so and noted they would object to any motion to modify the case schedule.

Pursuant to 28 U.S.C. § 1746(2), I swear under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2024.

/s/ *Marcia Lowry*
Marcia Lowry (admitted *pro hac vice*)

Decl. of Marcia Lowry in Support of Pls.' Mot. to Expedite Motion for Modification of Scheduling Order
*Jeremiah M. et al. v. Kim Kovol et al.*; No. 3:22-cv-00129-SLG     Page **4** of **5**
Case 3:22-cv-00129-SLG     Document 115     Filed 10/23/24     Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:22-cv-00129-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Marica Lowry
Marcia Lowry (admitted *pro hac vice*)

Decl. of Marcia Lowry in Support of Pls.' Mot. to Expedite Motion for Modification of Scheduling Order
*Jeremiah M. et al. v. Kim Kovol et al.*; No. 3:22-cv-00129-SLG           Page **5** of **5**
Case 3:22-cv-00129-SLG    Document 115    Filed 10/23/24    Page 5 of 5