# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JEREMIAH M., *et al.*,

        Plaintiffs,

   v.

KIM KOVAL, Director, Alaska Department of Health and Social Services, in his official capacity, *et al.*

        Defendants.

Case No. 3:22-cv-00129-SLG

## ORDER ON PLAINTIFFS' MOTION FOR MODIFICATION OF SCHEDULING ORER

Now, the Court having considered Plaintiffs' Motion for Modification of Scheduling Order at Docket 112, Defendants response in opposition at Docket 120, and Plaintiffs' reply at Docket 122, , the Court orders the following:

IT IS HEREBY ORERED that:

1. There is good cause to modify the Court's existing Scheduling Order at Docket 106. Both parties have been reasonably diligent in providing and pursuing discovery in this matter, and Plaintiffs have demonstrated that there is good cause for them to be accorded additional time for reviewing discovery before concluding lay depositions and exchanging expert reports.

2. Upon due consideration of the parties' positions, and with modifications of Plaintiffs' proposal in an effort to keep the existing trial date yet still allow some time for dispositive motion practice, the Court AMENDS the

scheduling order as follows, with the modified deadlines in bold:

| Event | Deadline |
|---|---|
| Final Fact Discovery Witness List | **December 16, 2024** |
| Plaintiffs' Class Certification Expert Reports | November 1, 2024 |
| Identify Defense Rebuttal Class Certification Experts | November 8, 2024 |
| Class Certification Motion | November 15, 2024 |
| Defendants' Expert Reports re Class Cert. | November 15, 2024 |
| Plaintiff's Class Certification Expert Depos | November 18-22, 2024 |
| Class Certification Opposition | December 6, 2024 |
| Identify Expert Witnesses (Merits) | **January 6, 2025** |
| Defendants' Class Certification Expert Depos | December 11-18, 2024 |
| Plaintiffs Reply for Class Certification | December 30, 2024 |
| Expert Reports (Merits) | **January 21, 2025** |
| Last Day for Lay Depositions | **February 3, 2025** |
| Last Day for "Clean Up" Written Discovery | **February 3, 2025** |
| Close of Fact Discovery | **February 3, 2025** |
| Identify Supplemental Expert Witnesses (merits) | **February 3, 2025** |
| Rebuttal Expert Reports (Merits) | **February 17, 2025** |
| Expert Discovery Deadline | **March 10, 2025** |
| Discovery Motions Deadline | **March 17, 2025** |
| Dispositive Motions Deadline | **March 17, 2025** |

Case No. 3:22-cv-00129-SLG, *Jeremiah M., et al. v. Koval, et al.*
Order on Plaintiffs' Motion for Modification of Scheduling Order
Page 2 of 4

Case 3:22-cv-00129-SLG    Document 164    Filed 12/09/24    Page 2 of 4

| Event | Deadline |
|---|---|
| *Daubert* Motions Deadline | **March 24, 2025** |
| Trial Final Witness List | March 31, 2025 |

A telephonic Status Conference is scheduled for **December 30, 2024**, at **9:00 a.m.** All parties shall participate telephonically by dialing 571-353-2301 (Call ID 020262828, Pin 487051) approximately five minutes before the scheduled hearing time.

IT IS SO ORDERED this 9th day of December 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cv-00129-SLG, *Jeremiah M., et al. v. Koval, et al.*
Order on Plaintiffs' Motion for Modification of Scheduling Order
Page 3 of 4

Case 3:22-cv-00129-SLG   Document 164   Filed 12/09/24   Page 3 of 4

Case No. 3:22-cv-00129-SLG, *Jeremiah M., et al. v. Koval, et al.*
Order on Plaintiffs' Motion for Modification of Scheduling Order
Page 4 of 4