James J. Davis, Jr., AK Bar No. 9412140
jdavis@njp-law.com
Nicholas Feronti, AK Bar No. 2106069
nferonti@njp-law.com
Savannah V. Fletcher, AK Bar No. 1811127
sfletcher@njp-law.com
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Telephone: (907) 308-3395; Facsimile: (866) 813-8645

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jeremiah M., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIM KOVOL, *et al.*, <br><br> Defendants. | Case No. 3:22-cv-00129-SLG <br><br> **MOTION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to Local Rule 11.1(c), the three undersigned attorneys with the Northern Justice Project, LLC ("NJP") hereby move to withdraw as co-counsel for the plaintiffs. Plaintiffs will continue to be represented in this case by experienced and capable attorneys from three separate law firms, i.e., A Better Childhood, Perkins Coie LLP, and the Disability Law Center of Alaska. These attorneys have indicated that they do not oppose NJP's withdrawal as co-counsel of record. As such, this withdrawal is akin to a substitution of counsel and should be permitted under Local Rule 11.1(c)(1)(B).

DATED: February 11, 2024.

/s/ James J. Davis, Jr.
James J. Davis, Jr., AK Bar No. 9412140
Nicholas Feronti, AK Bar No. 2106069
Savannah V. Fletcher, AK Bar No. 1811127