TREG R. TAYLOR
ATTORNEY GENERAL

Margaret Paton Walsh (Alaska Bar No. 0411074)
Christopher A. Robison (Alaska Bar No. 2111126)
Katherine Demarest (Alaska Bar No. 1011074)
Jennifer Teitell (Alaska Bar No. 2405054)
Maxwell Jenkins-Goetz (Alaska Bar No. 2408085)
Assistant Attorneys General, Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5275/Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Jeremiah M., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 3:22-cv-00129-SLG |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' CONDITIONAL** |
| KIM KOVOL, *et al.*, | ) | **NON-OPPOSITION TO MOTION** |
| | ) | **FOR WITHDRAWAL OF** |
| Defendants. | ) | **COUNSEL** |

Attorneys with the Northern Justice Project, LLC ("NJP") have moved to

withdraw as co-counsel for the plaintiffs.[1] The defendants do not oppose the NJP

attorneys' motion, provided that the plaintiffs' remaining counsel do not rely on that

withdrawal as a basis to continue the trial or amend any deadlines in this case.

---

[1]     Docket 213. The NJP attorneys did not confer with the defendants' counsel, and
they say nothing about the views of their clients. They imply that such consultation is
unnecessary, characterizing their withdrawal as akin to a substitution of counsel under
Local Rule 11.1(c)(1)(B).

The plaintiffs' counsel from A Better Childhood ("ABC") have filed similar cases in many other states, including one in West Virginia.[2] That case was until recently scheduled for trial in March 2025. Sometime before January 29, 2025, the judge in the West Virginia case, apparently sua sponte, rescheduled trial to begin on May 6, 2025. That timing overlaps with the trial in this case, which is scheduled to begin on May 5, 2025. The plaintiffs' counsel have conveyed their intention to seek a continuance of the trial in this (Alaska) case.[3] On February 10, 2025, they sent a letter to West Virginia District Court Judge Joseph Goodwin informing him of the conflict.[4] They have not, however, asked the West Virginia court to consider an alternative date.

The plaintiffs in this case are represented by ABC along with local counsel from NJP and Perkins Coie, a large international law firm. The prospective withdrawal of NJP counsel therefore should not impact the plaintiffs' ability to proceed to trial as scheduled. The defendants therefore do not oppose the withdrawal, on the condition that NJP's departure from the case does not serve as a basis for continuing any pretrial deadlines or rescheduling the trial in this case.

---

[2]     Declaration of Margaret Paton Walsh at ¶ 1.

[3]     *Id.* at ¶¶ 1-2 & Exhibit A.

[4]     *Id.* at Exhibits A & B.

*Jeremiah M. et al. v. Kovol et al.*                                    Case No. 3:22-cv-00129-SLG
Partial Non-Opposition to Motion for Withdrawal                         Page 2 of 4

Case 3:22-cv-00129-SLG     Document 214     Filed 02/12/25     Page 2 of 4

Dated: February 12, 2025.

TREG R. TAYLOR
ATTORNEY GENERAL


By:    */s/* Margaret Paton Walsh
       Margaret Paton Walsh
       (Alaska Bar No. 0411074)
       Christopher A. Robison
       (Alaska Bar No. 2111126)
       Katherine Demarest
       (Alaska Bar No. 1011074)
       Jennifer Teitell
       (Alaska Bar No. 2405054)
       Maxwell Jenkins-Goetz
       (Alaska Bar No. 2408085)
       Department of Law
       1031 West Fourth Avenue, Ste. 200
       Anchorage, AK 99501
       Telephone: (907) 269-5275
       Facsimile: (907) 276-3697
       Email: margaret.paton-
       walsh@alaska.gov
       Attorney for State of Alaska

*Jeremiah M. et al. v. Kovol et al.*          Case No. 3:22-cv-00129-SLG
Partial Non-Opposition to Motion for Withdrawal      Page 3 of 4

Case 3:22-cv-00129-SLG    Document 214    Filed 02/12/25    Page 3 of 4

Certificate of Service
I certify that on February 12, 2025 the foregoing Partial Non-Opposition to Motion for
Withdrawal was served electronically on:

Marcia Robinson Lowry
Julia Tebor
David Baloche
Anastasia Benedetto
**A BETTER CHILDHOOD**
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
dbaloche@abetterchildhood.org
abenedetto@abetterchildhood.org

Elena M. Romerdahl
Hannah Paton
**PERKINS COIE LLP**
eromerdahl@perkinscoie.com
hpaton@perkinscoie.com

James J. Davis, Jr.
Nicholas Feronti
Savannah V. Fletcher
**NORTHERN JUSTICE PROJECT, LLC**
jdavis@njp-law.com
nferonti@njp-law.com
sfletcher@njp-law.com

Mark Regan
**DISABILITY LAW CENTER OF ALASKA**
mregan@dlcak.org

*/s/* Margaret Paton Walsh
Margaret Paton-Walsh, Assistant Attorney General

*Jeremiah M. et al. v. Kovol et al.*          Case No. 3:22-cv-00129-SLG
Partial Non-Opposition to Motion for Withdrawal          Page 4 of 4

Case 3:22-cv-00129-SLG     Document 214     Filed 02/12/25     Page 4 of 4