```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

MARY B., ET AL vs. KIM KOVOL, ET AL   CASE NO. 3:22-cv-00129-SLG

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK:         IRMA HERNANDEZ

OFFICIAL REPORTERS:   CHRISTINE LABUWI/STACY M. BALDWIN

PLAINTIFF'S ATTORNEY: JULIA TEBOR/DAVID BALOCHE/COLLEEN M. KOCH
                     KEVIN HOMIAK/GALEN D. BELLAMY

DEFENDANT'S ATTORNEY: MARGARET A. PATON-WALSH/KATHERINE E. DEMAREST
                     JESSICA LEEAH/KENDRA DOTY/JENNIFER TEITELL

PROCEEDINGS: TRIAL BY COURT – DAY 4 HELD AUGUST 28, 2025
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:33 a.m. court convened.

Kristen Moore sworn and testified as follows on behalf of the plaintiff. Plaintiff's exhibits 68, 100, 112, 115 and 134 **ADMITTED.**

At 10:00 a.m. court recessed until 10:16 a.m.

Court and counsel heard re plaintiff's exhibit 146 is amended.

Anne Farina sworn as an expert witness on behalf of the plaintiff. Plaintiff's exhibit 146 **IDENTIFIED.** Defendant's exhibits MMMM and NNNN **IDENTIFIED.**

At 12:01 p.m. court recessed until 1:17 p.m.

Anne Farina resumed the stand and testified further as an expert witness on behalf of the plaintiff.

At 2:01 p.m. court recessed until 2:18 p.m.

Anne Farina resumed the stand and testified further as an expert witness on behalf of the plaintiff. Defendant's exhibit YYY **IDENTIFIED.**

At 3:36 p.m. court recessed until 3:51 p.m.

Continued to Page 2

(Revised 1-29-2015)

```
                    CONTINUATION PAGE 2
              MARY B., ET AL vs. KIM KOVOL, ET AL
                       3:22-cv-00129-SLG
                     TRIAL BY COURT – DAY 4
                        AUGUST 28, 2025
------------------------------------------------------------------
```

Anne Farina resumed the stand and testified further as an expert witness on behalf of the plaintiff.

Autumn Pamela Smith sworn and testified as follows on behalf of the plaintiff.

Court and counsel heard re Motion Trial Conference Line (DKT 419) and deputy clerk to provide call in number to plaintiff's counsel.

Court and counsel heard re witness order and scheduling.

Court and counsel heard re admission to defendant's exhibits MMMM and NNNN; ruling taken under advisement.

Defendant's oral motion to renew motion (DKT 247).

At 4:48 p.m. court recessed this matter to reconvene **Friday, August 29, 2025 at 9:00 a.m.**

DATE:  August 28, 2025  DEPUTY CLERK'S INITIALS: IAH

(Revised 1-29-2015)