**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MARY B., ET AL vs. KIM KOVOL, ET AL   CASE NO. 3:22-cv-00129-SLG

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK: IRMA HERNANDEZ

OFFICIAL REPORTERS: CHRISTINE LABUWI/STACY M. BALDWIN

PLAINTIFF'S ATTORNEY: JULIA TEBOR/DAVID BALOCHE/COLLEEN M. KOCH
KEVIN HOMIAK/GALEN D. BELLAMY

DEFENDANT'S ATTORNEY: MARGARET A. PATON-WALSH/KATHERINE E. DEMAREST
JESSICA LEEAH/JENNIFER TEITELL

PROCEEDINGS: TRIAL BY COURT – DAY 3 HELD AUGUST 27, 2025
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

Court and counsel heard re motion to dismiss, topic of permanency and plaintiff's oral motion to admit excerpts 198-1, 198-2, 198-3, 198-4 and 198-5 **GRANTED**.

Plaintiff's exhibits 198-1, 198-2, 198-3, 198-4 and 198-5 **ADMITTED**.

Alicia Jane Groh resumed the stand and testified *further on behalf of the plaintiff.

At 9:12 a.m. court recessed until 9:27 a.m.

Alicia Jane Groh resumed the stand and testified *further on behalf of the plaintiff. Plaintiff's exhibits 199-1, 199-2 and 199-3 **IDENTIFIED**. Defendant's exhibits PPPP and BBBBB **IDENTIFIED**.

At 10:00 a.m. court recessed until 10:10 a.m.

Alicia Jane Groh resumed the stand and testified *further on behalf of the plaintiff. Plaintiff's exhibit 199-5 **IDENTIFIED**. Defendant's exhibit VV **ADMITTED**.

At 11:02 a.m. court recessed until 11:18 a.m.

Continued to Page 2

(Revised 1-29-2015)

CONTINUATION PAGE 2
MARY B., ET AL vs. KIM KOVOL, ET AL
3:22-cv-00129-SLG
TRIAL BY COURT – DAY 3
AUGUST 27, 2025
-----------------------------------------------------------------

Court and counsel heard re update on parties agreement re the case file packet. Parties to review and agree on by the end of this week.

Alicia Jane Groh resumed the stand and testified *further on behalf of the plaintiff. Plaintiff's exhibit 86 **IDENTIFIED**.

At 11:47 a.m. court recessed until 12:46 p.m.

Mariah Johnson sworn and testified as follows on behalf of the plaintiff. Plaintiff's exhibits 74 and 76 **ADMITTED**. Defendant's exhibit CCCCC **ADMITTED**.

At 1:46 p.m. court recessed until 1:57 p.m.

Mariah Johnson resumed the stand and testified *further on behalf of the plaintiff.

Nicole Adair sworn and testified as follows on behalf of the plaintiff. Plaintiff's exhibits 93 (pages 167-192), 113 and 121 **ADMITTED**. Defendant's exhibit DDDDD **ADMITTED**.

At 3:04 p.m. court recessed until 3:20 p.m.

Jessie Mayes sworn and testified as follows on behalf of the plaintiff. Plaintiff's exhibit 125 **ADMITTED**.

Talia Robinson sworn and testified as follows on behalf of the plaintiff. Plaintiff's exhibits 93 (page *236) and 131 **ADMITTED**.

At 4:57 p.m. court recessed this matter to reconvene **Thursday, August 28, 2025 at 8:30 a.m.**

DATE:   August 27, 2025          DEPUTY CLERK'S INITIALS:  IAH

(Revised 1-29-2015)