```
                    MINUTES OF THE UNITED STATES DISTRICT COURT
                                 DISTRICT OF ALASKA
```

MARY B., ET AL vs. KIM KOVOL, ET AL   CASE NO. 3:22-cv-00129-SLG

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK: IRMA HERNANDEZ

OFFICIAL REPORTER: CHRISTINE LABUWI

PLAINTIFF'S ATTORNEY: JULIA TEBOR/MOLLY DAVIS

DEFENDANT'S ATTORNEY: MARGARET A. PATON-WALSH/KATHERINE E. DEMAREST
KENDRA DOTY/JENNIFER TEITELL

PROCEEDINGS: TRIAL BY COURT – DAY 11 HELD SEPTEMBER 11, 2025
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:00 a.m. court convened.

Closing argument heard by plaintiff.

At 10:53 a.m. court recessed until 11:08 a.m.

Closing argument heard by defendant.

Closing rebuttal argument heard by plaintiff.

Court and counsel heard re parties to provide copies of power point of closing arguments and supplemental findings of facts with proposed edits due by **9/25/2025**.

Matters taken **UNDER ADVISEMENT.**

At 12:20 p.m. court adjourned.

List of Exhibits and List of Witnesses to be filed separately.

DATE: September 11, 2025        DEPUTY CLERK'S INITIALS: IAH
(Revised 1-29-2015)