Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Julia K. Tebor (*pro hac vice*)
jtebor@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
David Baloche (*pro hac vice*)
dbaloche@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456

Elena M. Romerdahl, AK Bar No. 1509072
eromerdahl@perkinscoie.com
Dan Graham (*pro hac vice*)
dgraham@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Telephone: (907) 279-8561

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002

Kevin D. Homiak (*pro hac vice*)
homiak@wtotrial.com
Galen D. Bellamy (*pro hac vice*)
bellamy@wtotrial.com
Colleen Koch (*pro hac vice*)
koch@wtotrial.com
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MARY B., et al.

                Plaintiffs,

v.

KIM KOVOL, Director, Alaska Department of Family and Community Services, in her official capacity, et al.

                Defendants.

Case No. 3:22-cv-00129-SLG

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Daniel Graham, of Perkins Coie LLP, hereby withdraws as counsel for Plaintiffs in the above-captioned case and no longer needs to be on the Court's distribution list. Plaintiffs will continue to be represented by Elena Romerdahl, of Perkins Coie LLP, as well as other co-counsel of record.

DATED: September 15, 2025

                  Respectfully submitted,
                  /s/ *Daniel Graham*_____
                  Elena M. Romerdahl, AK Bar No. 1509072
                  eromerdahl@perkinscoie.com
                  Dan Graham (*pro hac vice)*
                  dgraham@perkinscoie.com
                  **PERKINS COIE LLP**
                  1029 West Third Avenue, Suite 300
                  Anchorage, AK 99501
                  Telephone: (907) 279-8561

Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Julia K. Tebor (*pro hac vice*)
jtebor@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
David Baloche (*pro hac vice*)
dbaloche@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor
16 New York, NY 10017
Telephone: (646) 795-4456

Mark Regan, AK Bar No. 8409081
mregan@dlcak.org
**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002

Kevin D. Homiak (*pro hac vice*)
homiak@wtotrial.com
Galen D. Bellamy (*pro hac vice*)
bellamy@wtotrial.com
Colleen Koch (*pro hac vice)*
koch@wtotrial.com
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800

***Attorneys for Plaintiffs***

NOTICE OF WITHDRAWAL OF COUNSEL
*Mary B., et al., v. Kim Kovol, et al*.; Case No.: 3:22-cv-00129-SLG
Page 3 of 4
Case 3:22-cv-00129-SLG     Document 455     Filed 09/15/25     Page 3 of 4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:22-cv-00129-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Daniel Graham*
Daniel Graham

NOTICE OF WITHDRAWAL OF COUNSEL
*Mary B., et al., v. Kim Kovol, et al.*; Case No.: 3:22-cv-00129-SLG
Page 4 of 4
Case 3:22-cv-00129-SLG    Document 455    Filed 09/15/25    Page 4 of 4