Mark Regan
AK Bar No. 8409081
mregan@dlcak.org
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
907-565-1002 phone
907-565-1000 fax

## IN THE UNITED STATES DISTRICT COURT FOR ALASKA

| | | |
|---|---|---|
| Mary B., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY DOMPELING, Acting | ) | Case No. 3:22-cv-00129-SLG |
| Commissioner, Alaska Department of | ) | |
| Family and Community Services, in | ) | |
| Her official capacity, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW DISABILITY LAW CENTER AS COUNSEL

Pursuant to Local Rule 11.1(c), Mark Regan of the Disability Law Center of Alaska moves to withdraw as co-counsel for the plaintiffs.

Plaintiffs will continue to be represented in this case by experienced and capable attorneys from three separate law firms, i.e., A Better Childhood, Perkins Coie LLP, and Wheeler Trigg O'Donnell LLP  These attorneys have indicated that they do not oppose DLC's withdrawal as co-counsel of record.  As such, this withdrawal is akin to a substitution of counsel and should be permitted under Local Rule 11.1(c)(1)(B).

Date: May 20, 2026

/s/ Mark Regan
Mark Regan, AK Bar No. 8409081

**MOTION TO WITHDRAW DISABILITY LAW CENTER AS COUNSEL**
*Mary B. et al., v. Dompeling, et al.;* Case No. 3:22-cv-00129-SLG
Page 1 of 1

Case 3:22-cv-00129-SLG    Document 469    Filed 05/22/26    Page 1 of 1